**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY LAWRENCE,               ) | NO. CV 05-2408-RSWL (MAN) |
|                              ) |  |
|          Petitioner,         ) |  |
|                              ) |  |
|      v.                      ) | JUDGMENT |
|                              ) |  |
| JOHN MARSHALL,               ) |  |
|                              ) |  |
|          Respondent.         ) |  |
| _____) |  |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  January 22, 2013

                                  RONALD S.W. LEW
                          _____
                                  RONALD S.W. LEW
                          SENIOR UNITED STATES DISTRICT JUDGE